# United States District Court
## *Southern District of Georgia*

CECELIA WILKERSON, as Mother and, Next Friend of
B.B., Minor Child,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV114-100

CAROLYN W. COLVIN, Acting Commissioner of Social
Security Administrator,

    Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court entered on June 18, 2015, the Report and Recommendations of the Magistrate Judge are ADOPTED as the opinion of this Court. Therefore, pursuant to sentence four of 42 U.S.C. § 405(g), this case is REVERSED and REMANDED to the Acting Commissioner of Social Security for further consideration. This case stands CLOSED.



| June 18, 2015 | Scott L. Poff |
| --- | --- |
| Date | Clerk |
| | *(signature)* |
| | *(By) Deputy Clerk* |